

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |
|---|---|
| PROVIDENCE TITLE COMPANY, | No. 08-19-00009-CV |
| Appellant, | Appeal from |
| v. | County Court at Law No. 3 |
| BULLSEYE TELECOM, | of Tarrant County, Texas |
| Appellee. | (TC # 2018-005219-3) |

## <u>MEMORANDUM OPINION</u>

Appellant has filed an unopposed motion to dismiss its appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant.").

April 10, 2019

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.